UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-CR-34-JTM-JEM |
| | ) | |
| DWIGHT MOORE, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
    UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On January 5, 2023, the United States Government appeared by counsel Assistant United States Attorney Thomas M. McGrath, and Defendant Dwight Moore appeared in person and by counsel Roxanne Mendez-Johnson and in the custody of the United States Marshal. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On June 7, 2016, Defendant Moore pled guilty to Count 1 charged in the Indictment (possession of a firearm as a felon) and on Auguat 11, 2016, Judge Rudy Lozano sentenced him to term of 40 months followed by 24 months of supervised release subject to specified written terms and conditions.

On October 14, 2021, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 66], and an arrest warrant was issued. On December 19, 2022, an Initial Appearance was held.

1

On January 4, 2023, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

As a result of the January 5, 2023, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Moore has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Moore understands the proceedings, allegations and his rights;

3. Defendant Moore knowingly and voluntarily admitted that he tested positive for cocaine metabolite on July 14, 2021, and utilized cocaine on August 15, 2021 [DE 74]; and

4. The violations are Grade B and C violations, Defendant's criminal history category is III, and the suggested penalty range is 8-14 months incarceration for a Grade B violation and 5-11 months for a Grade C violation, with a statutory maximum of 24 months.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Moore be adjudged to have committed violations of his supervised release described in the October 14, 2021 Petition [DE 66];

2. The Agreed Disposition of Supervised Release Violation [DE 74] be accepted; and

3. Defendant Moore be sentenced to a term of 4 months of incarceration, with no further term of supervised release to follow.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 5th day of January, 2022.

s/ John E. Martin<br>
MAGISTRATE JUDGE JOHN E. MARTIN<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record
District Judge James Moody