UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:16 CR 34 |
| ) | |
| DWIGHT MOORE ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the October 14, 2021, Petition. (DE # 66.) The supervised release of defendant is **REVOKED.** The Agreed Disposition of Supervised Release Violation (DE # 74) is now **ACCEPTED.** Defendant Moore is sentenced to a term of 4 months of incarceration, with no further term of supervised release to follow.

**SO ORDERED.**

Date: January 11, 2023

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT